# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | |
|---|---|
| **CHRISTOPHER HACK** | **CIVIL ACTION 3:16-0767** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **CALDWELL CORRECTIONAL CENTER, ET AL.** | **MAGISTRATE JUDGE HAYES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff's civil rights Complaint, filed pursuant to 42 U.S.C. §1983, be **DISMISSED WITHOUT PREJUDICE,** pursuant to Federal Rule of Civil Procedure 41(b).

**MONROE, LOUISIANA, this 17th day of January, 2017.**

*[Signature: Robert G. James]*

**ROBERT G. JAMES**
**UNITED STATES DISTRICT JUDGE**